# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1825
LT Case No. 2015-CF-001320-A

_____

WILLIAM SANDERS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Putnam County.
Dennis Craig, Judge.

William Sanders, Jasper, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah
Chance, Assistant Attorney General, Daytona Beach, for
Appellee.

May 28, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____